# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DARWYNN L. BARWICK,

        Plaintiff,  :  Case No. 3:05-cv-214

                          :  District Judge Thomas M. Rose
    -vs-                      Chief Magistrate Judge Michael R. Merz

KIMBERLY HARSHBARGER,

        Defendant.  :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on July 8, 2005, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that this case be dismissed without prejudice for lack of subject matter jurisdiction.

July 19, 2005.

                                                       **s/ Thomas M. Rose**

                                                          Thomas M. Rose
                                                United States District Judge